**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, the CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and the
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

       Petitioners,       22 **CIVIL** 2128 (MKV)

   -against-          **JUDGMENT**

AAA WINDOWS & DOORS CORPORATION,
       Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 30, 2022, the Court treats the Petition as an unopposed motion and grants summary judgment in favor of Petitioners. Finding no material issue of fact that would preclude confirmation of the arbitrator's award, the Court has confirmed the award ($26,992.96) in all respects. The applicable collective bargaining agreement further provides for an entitlement to reasonable attorneys' fees and costs incurred in this action. [See ECF No. 1-3, Article XV]. Counsel of record in this matter has provided an hourly accounting of time spent preparing the petition and filings for a total of $1,017.50 in attorneys' fees and $77 in costs. [ECF No. 1-12]. Finding the fees to be reasonable, the Court additionally awards attorneys' fees and costs in the amount of $1,094.50. Petition Paragraph 33-41; see Trs. of the N.Y. City Dist. Council

of Carpenters Pension Fund v. Dejil Sys., 2012 U.S. Dist. LEXIS 123143, at *11 (S.D.N.Y. Aug. 29, 2012) ("In confirmation proceedings, the guiding principle has been stated as follows: when a challenger refuses to abide by an arbitrator's decision without justification, attorney's fees and costs may properly be awarded.") (internal quotation marks omitted). Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961. Judgment is entered pursuant to Rule 58(a) of the Federal Rules of Civil Procedure; accordingly, the case is closed.

**Dated**: New York, New York
September 2, 2022

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:**   *K. Mango*
**Deputy Clerk**